Warren T. Berg, and Esther Wiedrich, Administrator of Estate of Harold Wiedrich, Deceased, Plaintiffs-Appellants, v. Leonard Henry, Defendant-Appellee.

Gen. No. 10,934.

Second District.

September 17, 1956.

Rehearing denied January 14, 1957.

Released for publication January 14, 1957.

Strom and Strom, for plaintiffs-appellants; Alexander J. Strom, of counsel; Laurie W. Larson, Jr., and Henry H. Caldwell, for defendant-appellee; Laurie W. Larson, Jr., and Henry H. Caldwell, of counsel. Opinion by PRESIDING JUSTICE DOVE. **Not to be published in full.**